JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA aka JOE GARCIA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STERICYCLE, INC, a Delaware corporation; MICHAEL PALOVALO, an individual, and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-08375-FMO-RAO<br><br>(Los Angeles Superior Court Case No. BC 595897)<br><br>**ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 595897**<br><br>[Complaint Filed:  September 25, 2015] |

The Court, having considered the parties' stipulation, and finding it supported by good cause, hereby approves the stipulation and orders that the action is REMANDED to the Los Angeles County Superior Court, Case Number BC 595897. The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated:  November 13, 2015

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE